

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00173-CR

RONNY WAGNER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 18F0035005

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Ronny Wagner has filed an untimely notice of appeal from a conviction of unauthorized use of a vehicle.[1] We dismiss the appeal for want of jurisdiction.

The judgment of conviction in this matter indicates that Wagner's sentence was imposed on May 2, 2019, and Wagner timely filed a motion for new trial. Under Rule 26.2(a) of the Texas Rules of Appellate Procedure, the deadline for filing a notice of appeal under these circumstances was July 31, 2019. *See* TEX. R. APP. P. 26.2(a)(2). Wagner's notice of appeal was not filed until August 19, 2019. The Texas Court of Criminal Appeals has expressly held that without a timely notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998).

We notified Wagner by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction. Wagner did not respond to our letter.

Because Wagner did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.

Ralph K. Burgess
Justice

Date Submitted:     September 11, 2019
Date Decided:       September 12, 2019

Do Not Publish

---

[1] *See* TEX. PENAL CODE ANN. § 31.07.